**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, | No. CR-20-01181-001-TUC-JGZ |
| Plaintiff, | **ORDER** |
| v. | |
| Peter Pototsky, | |
| Defendant. | |

On August 12, 2020, the Court entered an Order remanding this criminal case to state court. (Doc. 4.) The Court reviewed the notice of removal and concluded that it clearly lacked jurisdiction to hear the case. Now pending before the Court is Defendant's Motion for Reconsideration. (Doc. 6.) Defendant also filed a Supplement to Notice of Removal. (Doc. 5.) The Court will deny the motion.

Reconsideration is proper upon a "showing of manifest error or a showing of new facts or legal authority that could not have been brought to its attention earlier with reasonable diligence." LRCiv. 7.2(g)(1). "Any such motion shall point out with specificity the matters that the movant believes were overlooked or misapprehended by the Court, any new matters being brought to the Court's attention for the first time and the reasons they were not presented earlier, and any specific modifications being sought in the Court's order." *Id.* "A motion for reconsideration should not be used to ask a court 'to rethink what the court had already thought through—rightly or wrongly.'" *Defs. of Wildlife v. Browner*, 909 F. Supp. 1342, 1351 (D. Ariz. 1995) (quoting *Above the Belt, Inc. v. Mel Bohannan*

*Roofing, Inc.*, 99 F.R.D. 99, 101 (E.D. Va. 1983)).  Defendant has not met any threshold requirement for reconsideration.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Reconsideration (Doc. 6) is **DENIED**.

Dated this 14th day of September, 2020.

_____
Honorable Jennifer G. Zipps
United States District Judge